UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ANTHONY CLERK                                                                                            PLAINTIFF

V.                                                          CIVIL ACTION NO. 3:25-CV-392-DPJ-ASH

NEXION HEALTH AT CLINTON, INC.                                                          DEFENDANT

ORDER STRIKING AMENDED COMPLAINT [23]

This case is before the Court sua sponte on consideration of Plaintiff Anthony Clerk's filing of an Amended Complaint [23] without proper leave of Court. As explained below, the Court strikes the Amended Complaint without prejudice to Clerk's right to file a properly supported motion to amend.

Clerk filed this lawsuit against Nexion Health at Clinton, Inc., on May 30, 2025. Nexion answered, and on September 4, 2025, the Court entered a case-management order. That order set a September 29, 2025 deadline for motions "for joinder of parties or amendments to the pleadings." CMO [10] at 4. After the expiration of that deadline, Clerk filed a motion to amend the CMO "to allow the filing *of a motion* to join an additional necessary party." Mot. [21] at 1 (emphasis added); *see also id.* at 3 (seeking "an Order amending the Case Management Order to permit the filing of a motion to join Reliant Rehabilitation, LLC, as a necessary party to this action"). Clerk's motion was not docketed or styled as a motion to amend the complaint, and it could not have been construed as such because it failed to attach a proposed amended complaint as required by Local Rule 15. After counsel for Nexion notified the Court via email that it did not oppose Clerk's motion, the Court granted it, explaining that Clerk "may file a properly supported motion to amend the complaint, that complies with Local Rule 15 and Local Rule 7(b)(10), on or before November 7, 2025." Oct. 29, 2025 Text-Only Order.

Notwithstanding this clear directive, Clerk filed an Amended Complaint the next day. Nothing in the record suggests that Clerk obtained "the opposing party's written consent" to amend his complaint, and Clerk failed to obtain "the court's leave." Fed. R. Civ. P 15(a)(2). And under Rule 15(a)(2), one of those was required. The Court therefore strikes the Amended Complaint. Clerk may still file a properly supported motion to amend the complaint on or before November 7, 2025, as stated in the Court's October 29 Text-Only Order amending the CMO.

**SO ORDERED AND ADJUDGED** this the 31st day of October, 2025.

s/ *Andrew S. Harris*  
UNITED STATES MAGISTRATE JUDGE